# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3900

_____

United States of America

*Plaintiff - Appellee*

v.

Jeffrey Thomas Ostdiek

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: August 4, 2022
Filed: August 5, 2022
[Unpublished]

_____

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Jeffrey Ostdiek appeals pro se following the district court's[1] judgment of conviction in his criminal case. We conclude that he has failed to identify any error

---

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.

committed by the district court, and that he has failed to otherwise provide any argument for reversal.  See Sturgis Motorcycle Rally, Inc. v. Rushmore Photo & Gifts, Inc., 908 F.3d 313, 324 (8th Cir. 2018); United States v. Gonzales, 90 F.3d 1363, 1369-70 (8th Cir. 1996).

Accordingly, we affirm.

_____